UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KETURAH MIXON,

    Plaintiff,

v.

DAVID TROTT, et al.,

    Defendants.

_____/

Case No. 1:18-cv-499

HON. JANET T. NEFF

## ORDER

This is a civil action. Plaintiff filed a Motion for Preliminary Injunction (ECF No. 23). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 18, 2018, recommending that Plaintiff's motion be denied. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 27) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 23) is DENIED for the reasons stated in the Report and Recommendation.


Dated: July 10, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge