UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KETURAH MIXON,

    Plaintiff,

v.

DAVID TROTT, TROTT LAW P.C.
(f/k/a Trott and Trott P.C.), CARRINGTON
MORTGAGE SERVICES, LLC, (a/k/a
Carrington Mortgage Holdings LLC), and
BANK OF AMERICA, (a/k/a Bank of
America N.A.),

    Defendants.

Case No. 1:18-cv-499
Hon. Janet T. Neff
Magistrate Judge Ellen S. Carmody

---

Keturah Mixon
243 Devon Road
Battle Creek, MI 49015
Telephone: (269) 339-9337
*In Pro Per*

THOMAS G. COSTELLO (P42973)
DAVID G. MICHAEL (P68508)
Attorneys for Defendant Carrington
LIPSON NEILSON P.C.
3910 Telegraph Road, Suite 200
Bloomfield Hills, Michigan 48302
tcostello@lipsonneilson.com
dmichael@lipsonneilson.com
(248) 593-5000

Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
Miller, Canfield, Paddock and Stone, P.L.C.
Attorney for David Trott
840 West Long Lake Road, Suite 200
Troy, Michigan 48098-6358
Telephone: (248) 267-3381
Fax: (248) 879-2001
Email: cranmer@millercanfield.com
allen@millercanfield.com

Richard Welke (P44403)
Jeffrey R. Raff (P55761)
Trott Law PC
Attorney for Trott Law P.C.
31440 Northwestern Hwy., Ste. 200
Farmington Hills, MI 48334-5422
Telephone: (248) 723-5765
rwelke@trottlaw.com
jraff@trottlaw.com

---

**DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S**
**<u>CORRECTED MOTION TO DISMISS</u>**

**ORAL ARGUMENT REQUESTED**

Defendant Carrington Mortgage Services, LLC, ("CMS"), by and through its counsel, Lipson Neilson P.C., request that the Court enter an order dismissing this action with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The facts and authority supporting this motion are set forth in the accompanying brief.

In accordance with W.D. Mich. LR 7.2(a) and this Honorable Judge's Information and Guidelines, the pre-motion conference is not required, as this case was referred to Magistrate Judge Ellen S. Carmody on June 5, 2018.

Pursuant to Local Civil Rule 7.l(d), on July 11, 2018, a formal email correspondence was sent to the Plaintiff, Keturah Mixon, requesting concurrence with the relief requested in this motion and to inquire if this motion will be opposed. Concurrence was not obtained and Plaintiff indicated that the motion would be opposed.

Respectfully submitted,

Lipson Neilson P.C.

/s/ Thomas G. Costello
Thomas G. Costello (P42973)
David G. Michael (P68508)
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302-1461
(248) 593-5000
tcostello@lipsonneilson.com
dmichael@lipsonneilson.com

Dated: August 6, 2018                Attorneys for Defendant Carrington Mortgage Services, LLC